FILED
2026 APR 7 AM 7:31
CLERK
RECEIVED CLERK
U.S. DISTRICT COURT

FEB 2 6 2026

U.S. DISTRICT COURT

Name & Number: Ayoola Ajayi #249055

Attorney Pro Se
Utah State Correctional Facility
PO Box 165300
Salt Lake City, UT 84116

## IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| Ayoola Ajayi, Plaintiff, | Case No. 2:24 CV0036-DAK |
| vs. Brian Nelson, Dir Jeff mott Shaw, Gov Spencer. J. Cox, Commissioner B mason, VSCF, State of utah, DHS, Burreau dir; matt Anderson, chief Aimee Griffiths Et al. JOHN DOES 1-10, et al., employees at Utah State Prison, individually, Defendants. | AMENDED CIVIL RIGHTS COMPLAINT AND DEMAND FOR JURY TRIAL<br><br>Pursuant to 42 U.S.C. §1983 |

### A. JURISDICTION

1. Plaintiff Ayoola Ajayi is a citizen of Utah, who presently resides at the Utah State Correctional Facility, PO Box 165300, Salt Lake City, UT 84116.

2. Defendant Gov Spencer. J. Cox is a citizen of Utah, and is employed as the State of Utah ~~utah state correctional facility~~ at the Utah State Correctional Facility for the Utah Department of Corrections. At the time the claim(s) alleged in this complaint arose, this defendant was acting under color of state law in that he/she is the

Governor _____ at the Utah State Correctional Facility for the Utah Department of Corrections and is directly responsible for the wrongful actions alleged herein.

3.    Defendant Commissioner B, mason is a citizen of Utah, and is employed as the ~~State of Utah Dir of public Safety~~ Dir of public Safety ~~Director of public Safety~~ at the Utah State Correctional Facility for the Utah Department of Corrections.  At the time the claim(s) alleged in this complaint arose, this defendant was acting under color of state law in that he/she is the Director of public Safety for the Utah Department of Corrections and is directly responsible for the wrongful actions alleged herein.

4.    Defendant Chief Aimee Griffits is a citizen of Utah, and is employed as the State of Utah at the Utah State Correctional Facility for the Utah Department of Corrections.  At the time the claim(s) alleged in this complaint arose, this defendant was acting under color of state law in that he/she is the Chief for the Utah Department of Corrections and is directly responsible for the wrongful actions alleged herein.

5.    Defendant Jeff motteshaw is a citizen of Utah, and is employed as the Dir, Admin ops & Quality at the Utah State Correctional Facility for the Utah Department of Corrections.  At the time the claim(s) alleged in this complaint arose, this defendant was acting under color of state law in that he/she is the

8

_Dir admin ops & quality_ for the Utah Department of Corrections and is directly responsible for the wrongful actions alleged herein.

6. Defendant _Matt Anderson_ is a citizen of Utah, and is employed as the _Bureau director_ at the Utah State Correctional Facility for the Utah Department of Corrections. At the time the claim(s) alleged in this complaint arose, this defendant was acting under color of state law in that he/she is the _Bureau Director_ for the Utah Department of Corrections and is directly responsible for the wrongful actions alleged herein.

7. Other Defendants by name and position, if known:

_Brian Nelson the executive director, DHS - department of human Services, State of utah where prison recided, USCF John Doe 1 — 10_

8. Defendants whose names and titles are unknown at this time, who will be added in an amended complaint when the names and/or titles are ascertained, are citizens of Utah, and are employed at the Utah State Correctional Facility. At the time the claim(s) alleged in this complaint arose, these defendants were acting under color of state law in that they are employees for the Utah Department of Corrections and are directly responsible for wrongful actions alleged herein.

9.    Jurisdiction is invoked pursuant to 28 U.S.C. §1343 (3); and 42 U.S.C. §1983.

## B. NATURE OF CASE

10. Describe the events you believe violated your rights, including the who/what/when/where of your claims.

I have a chronic medical issue called glaucoma which has no cure but can only be slow down from causing blindness through the use of eye drops and moran eye center visits to periodically check that the eye drops is working. But the prison and the people in the position of ensuring our safety do little to ensure I do not lose my sight which I now loss more than 90% of and I am now legally blind. Please refered to the exhibit 1001-2026A attatched. Which is an audit done by the State of Utal legislature multiple times in 2021, 2023 and 2025. In it; it was known UDC/USCF lack of follow up on medical issues, not compliant with NCCHC Standard and Administrative oversight need significant improvement because the nurses and officers seems to do whatever they went without repercussion. I have filed multiple complain against medical staff not giving treatment they supposed to and instead of addreassing the issues, prison always find a way to blame us and make it sound like it is our fault. No responsibilities and always go extra mile to report incorrect performance as noted in the audit. This was done also in the previous exhibits I submitted to the court. Prison lied I have only missed one visit to

moran eye center. The report from moran eye center shows I have missed a lot more. And this incorrect report was also done when they report to the legislature of their performance as noted by the audit. And no update on the training. I have complained to the prison issues of their officers and nurses loosing my eye drops when I am sent to psych hall for years now. Even when the this complain was initially filed but years later and this is still an issue which still happened as recently as 08/29/25 - 09/2/25 of my visit to the psych hall. The officer note in the observation report that they couldn't find the eye drops that prevent me from going blind after they packed it and then it was not refilled for days because the pharmacy stated I can only renew this once a month. Audit also shows issue with correct treatment & medication. With all the audit Director Brian Nelsen agreed all the recommendation is needed to be implemented. The first recommendation was in 2021 and most still not implemented more than 5 years later; not Gov Spencer Cox, DHHS, USCF, UDC, or director of public safety who is responsible for our well been care enough to make sure this is done. Chief Aimee Griffiths, director Jeff Mathisen also has done little to ensure this. 2 years later in 2023, the new audit shows more issues with few implementations of previous recommendations. But UDC, USCF through brian nelson respond in their letter that the recommendations needed implementation but most of them was never implemented. The response stated DHHS will coordinate with UDC and leverage a DHHS contract or physician to conduct review and best practice to implement recommendation which is yet to be done years later. Audit shows only one recommendation was implemented from 2023 audit and even suggest the compliance is need but not of them seems to care enough to do it. The report also shows USCF fail to meet statutory and professional standard and our leaders don't seems to care to make sure this is done. Audit "after audits but no process or path way to solution and repercussion. They are teaching us responsibilities but they seems to live by different rules. Even as ~~get better Medica~~ pets get better medical than us.

## C. CAUSE OF ACTION

6.    Plaintiff alleges that the following constitutional rights, privileges or immunities have been violated and that the following facts form the basis for the allegations:

1.    Count I: Plaintiff's Sixth Amendment and Liberty Interests to equal protection are denied by the Defendant based upon the following:

Not giving needed medicade/loosing them when transfered to psych hall. Infirmary suposed to check regular eye pressures to make sure eye drops is working which they are not doing which is leading to more loss of sight. And no oversight of consequences for the medical staff not following regular process

2.    Count II:    Plaintiff's Eighth Amendment and Liberty Interests to be free from cruel and unusual punishment have been violated by Defendants' actions in that:

Because of my charge I have issues with alot of inmate and gangs. Also their officers spread rumors that I am a snitch put me in more danger. And now their neglegent is making me lose my sight which is stressing me out how I am going protect my sight without sight. Now I have serious anxiety, PTSD. I have issue sleeping. Even alot of their officers who care about my well been always asked me why I don't sleep much even at night. This is not the right way to live and it lead to sucide thought a lot of time. please refered to exhibit 1002—2026A regarding the officer that spread rumor that I am a snitch to get me into trouble which led into getting me beat up multiple time

Other rights being violated (include Amendments as appropriate): Equal right to medical, Some inmates seems to always get in to medical a lot while I have to turn in lot of request to get a chance 5Th 6Th 9Th 14Th ammendment Making me have to work extra hard to get access to legal access even though I have ADA and their officers told me my medical issue require special treatment but still make it imposible for me or I have to have my lawyer beg them to get treatment I supposed to be qualify for under right to due process and equal right! And a lot of grievance always disapiar when its filed against their employees They cant seems to find them

## D. INJURY

Describe how you were injured as a result of the claims herein:

Not getting my medication when I supposed to Cost me most of my visions. And their officers telling everyone I am a snitch while I cant see causing serious mental helth issue, PTSD, Anxiety and Sleepless night - Please refered to grievance against the officers that called me Snitched which will be ~~upload~~ Submitted Soon when I get a copy from prison

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

13.     Plaintiff has not filed any other law suits in state or federal court dealing with the same facts involved in this action.

14.     Plaintiff has previously sought informal or formal relief from appropriate administrative officials at Utah State Correctional Facility regarding the acts complained of herein

without remedy. Final-level administrative grievance/appeal documentation is attached as an Exhibit.

## F. REQUEST FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

a)      Trial by jury.

b)      That counsel be appointed to represent the Plaintiff in this action.

c)      Punitive damages in the amount of _$20 millons_.

d)      Compensatory damages in the amount of _5 millions_.

e)      Grant attorney fees and court costs for this action.

f)      Such other and further relief the court deems just and proper.

DATED this _23_ day of _2_ , 20_26_

_____
Plaintiff, Attorney pro se (signature)

Printed name: _Ayoola  Ajayi_

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action,

that he/she has read the above complaint and that the information contained therein is true and

correct, and filed according to 28 U.S.C. Sec. 1976 and 18 U.S.C. Sec. 1621.

EXECUTED at _____23_____ on _____, 20_6.

_____
Plaintiff